Argued December 1—decided December 1, 1964

## The North Rollingwood Property Owners Association et al. *v.* The City Plan Commission of the City of New Britain et al.

The motion by the defendants to dismiss the appeal from the Court of Common Pleas in Hartford County is denied.

*Austin K. Wolf,* with whom was *John F. Downes,* for the appellee (defendant The Daughters of Mary of Immaculate Conception, Inc.); with him also was *Andrew P. Denuzze,* corporation counsel, for the appellee (named defendant).

*John D. Bagdasarian,* for the appellants (plaintiffs).

Argued December 1—decided December 1, 1964

## The North Rollingwood Property Owners Association et al. *v.* The Building Commission of the City of New Britain et al.

The motion by the defendants to dismiss the appeal from the Court of Common Pleas in Hartford County is granted.